IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES JACKSON,

       Plaintiff,

v.                                          CASE NO. 5:13-cv-284-RS-GRJ

DR. DANIEL CHERRY,

       Defendant.

_____/

## ORDER

Before me is the November 7, 2014, Magistrate Judge's Report and Recommendation (Doc. 24). A copy of the Magistrate Judge's Report and Recommendation was returned to the Clerk as undeliverable. Doc. 25. It is Plaintiff's responsibility to advise the court of address changes. *See Lewis v. Conners Steel Co.*, 673 F.2d 1240, 1243 (11th Cir. 1982). Accordingly, no objections were filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

3. The relief requested in Defendant's Motion for Summary Judgment (Dc. 22) is **GRANTED**.

4. The clerk is directed to close the case.

**ORDERED** on December 9 2014.

                                                   /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**